UNITED STATES DISTRICT COURT
DISTRICT COURT OF BOSTON

Steven L. Smith,
    Plaintiff

vs

Sheriff Barnstable Jail
(OFFICIAL CAPACITY)

FILED IN CLERKS OFFICE
2020 JAN 21 PM 3:49
U.S. DISTRICT COURT
DISTRICT OF MASS.

DOCKET #

1-10-2020

## Civil Complaint Under U.S.C. 42 § 1983

1) The plaintiff is an inmate at Barnstable Jail, 6000 Sheriff's Place, Bourne, MA 02532
2) The Sheriff is the Sheriff of Barnstable County Jail 6000 Sheriff's Place, Bourne, MA 02532
3) Plaintiff has not filed any other Civil Complaints.
4) Plaintiff has no ongoing actions in regards to [this] instant matter and any other.
5) Plaintiff has exhausted his administrative remedies in that the Unit Manager returned the Grievance via "his" officer C.O. McGee whom informed plantiff "The UNIT MANAGER SAID HE WILL REJECT AND RETURN YOUR GRIEVANCE EVERY TIME... SO DON'T BOTHER TO SUBMIT IT AGAIN. (ATTACHED EXHIBIT A)

### COMPLAINT

Upon arrival as a "New" inmate on 7-2-2020 I was tagged — like a bird — with an ID Bracelet made of plastic and fastened together by a metal button-lock type of clasp. It cannot be removed without being cut-off. And the Rule Book promulgates that LOSS OR DESTRUCTION OF IT WILL COST 4.00

Smith VS Sheriff of Barnstable                                Pg 2

Plaintiff fiercely objects to this 'invasion of his body. Not only is it annoying and degrading, but it is an incubator of geems. Upon my first shower, water was trapped inside of it. The very thought of all the germs upon its surfaces and inside it repulses my mind and troubles my thoughts. Plus health factors!!

I AM A PRE-TRIAL INMATE, NOT FOUND GUILTY OF ANY CRIME. TAGGING ME IS TO OWN ME AS PROPERTY. I AM NOT THE PROPERTY OF THE JAIL! I AM BEING HELD FOR TRIAL.

FURTHERMORE, IT SERVES NO PENOLOGICAL PURPOSE. NO STAFF GO AROUND ASKING TO SEE INMATE'S WRIST ID'S TO IDENTIFY THEM. ID CARDS ARE NORMS!!

I DON'T WEAR JEWELRY WHEN FREE.
I DON'T WANT OR LIKE THINGS ON MY BODY.

Wherefore, I ASK THE HONORABLE COURT JUDGE TO ORDER THE BARNSTABLE Sheriff TO IMMEDIATELY STOP SAID PRACTICE. OR TRIAL &
I SEEK NO DOLLARS AND NO CENTS.
FOR NEITHER COMPENSATORY OR PUNITIVE DAMAGES.
                  RESPECTFULLY SUBMITTED,
I SEEK A JURY TRIAL
                  Steven L Smith, PRO SE
                  6000 Sheriff's Place
                  Bourne, MA 02532